# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| DATRICKIA "DATRICK" CRAWFORD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action Number: 5:20-CV-01547-LCB ) |
| CITY OF HUNTSVILLE, ALABAMA, | ) ) ) |
| Defendants. | ) |

## JOINT MOTION TO DISMISS

COME NOW the parties to this action and, pursuant to Fed. R. Civ. P. 41(a)(2), move the Court to dismiss all claims in this action with prejudice, with each party to bear their own costs.

_____
Gregory O Wiggins

WIGGINS CHILDS PANTAZIS
  FISHER & GOLDFARB
The Kress Building
301 19th Street, North
Birmingham, AL 35203-3204
Phone: 205-314-0542 / Fax: 205-254-1500
Email: gwiggins@wigginschilds.com

*/s/ David J. Canupp*
David J. Canupp

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: djc@LanierFord.com

Attorney for Defendant City of Huntsville, Alabama

2